David J. Hacker, SBN 249272
dhacker@firstliberty.org
Nathan W. Kellum, *pro hac vice*
TN 13482; MS 8813
nkellum@firstliberty.org
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy, Suite 1600
Plano, TX 75075

Kayla A. Toney, *pro hac vice*
VA 93815; DC 1644219
ktoney@firstliberty.org
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave. NW Suite 1410
Washington, DC 20004
(202) 918-1554

Dean R. Broyles, SBN 179535
The National Center for Law & Policy
539 West Grand Avenue
Escondido, California 92025
(760) 747-4529
dbroyles@nclplaw.org

Robert J. Reynolds, SBN 151243
Law Office of Robert J. Reynolds
16950 Via de Santa Fe, Suite 5060-145
Rancho Santa Fe, CA 92091
619-261-3393
rjrsdesk@yahoo.com

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.E., a minor by and through his parents, CARLOS AND JENNIFER ENCINAS, et al.,<br>*Plaintiffs*,<br>v.<br>ANDRÉE GREY, in her official capacity as Superintendent of the Encinitas Union School District, and in her individual capacity, et al.,<br>*Defendants*. | Case No. 3:24-cv-01611-L-SBC<br><br>**DOES' NOTICE OF MOTION AND MOTION FOR PSEUDONYMS AND FOR PROTECTIVE ORDER**<br><br>Judge: Hon. M. James Lorenz<br>Courtroom: 5B<br>Hearing Date: Nov. 25, 2024<br>Hearing Time: 10:30 a.m. PT |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on November 25, 2024, at 10:30 am, in Courtroom 5B of this Court, located at 221 West Broadway, San Diego, CA 92101,

Plaintiffs Tom Doe, Rebecca Doe, and P.D., by and through counsel, will and hereby do move this Court pursuant to S.D. Cal. Civ. Local Rule 7.1, for Leave to Proceed Using Pseudonyms and For Protective Order.

This case involves minor children in public school, controversial issues in the local community, and allegations that various school district officials and teachers have violated the Plaintiffs' Free Speech and Free Exercise rights. Plaintiffs further allege that Defendants have violated the parental rights of the Plaintiffs, protected by the Free Exercise Clause and Due Process Clause of the Fourteenth Amendment. Plaintiffs have brought these constitutional claims under 42 U.S.C. § 1983.

The Doe Plaintiffs respectfully request permission to proceed pseudonymously based upon the nature of the claims in this case, the fact that their minor children are involved, and the Does' reasonable concerns, based on harassment and discrimination already suffered by S.E. and the Encinases, that the Does will be the victims of retaliation, harassment, injury in the community, and other serious harm if their identities are known to the public.

The Doe Plaintiffs also request that this Court immediately put the Proposed Protective Order in place, emailed separately to Chambers, to prevent District officials from disclosing their identities in the school community. This is necessary to ensure the safety of P.D., the Does' minor child, as he attends school daily and interacts with several of the individual Defendants named in the lawsuit. The Does' Motion is premised on the attached Declaration of Jennifer Encinas; the attached Declaration of Rebecca Doe; the Verified Complaint, ECF No. 1; the Memorandum of Points & Authorities in Support of this Motion filed simultaneously with this Motion; and the following exhibits:

1. Text messages describing Principal Kay's involvement and community reaction toward Encinases, true and correct copy attached hereto as Exhibit "1";

2. Email correspondence between Carlos and Encinas, Principal Kay, and Mr. Murphy, including text messages from Chris West to Carlos Encinas, true and correct copy attached hereto as Exhibit "2";

3. Email correspondence from Carlos and Jennifer Encinas to Superintendent Grey, Principal Kay, and Mr. Murphy, true and correct copy attached hereto as Exhibit "3";

4. Email correspondence from Carlos and Jennifer Encinas to Superintendent Grey, Principal Kay, and Mr. Murphy, true and correct copy attached hereto as Exhibit "4";

5. Instagram posts promoting "Pink out the Hate" day, true and correct copy attached hereto as Exhibit "5";

6. Facebook message from daughter of Defendant Tom Morton to Jenny Encinas, true and correct copy attached hereto as Exhibit "6";

7. Email from Jenny Encinas to teachers of C.E., true and correct copy attached hereto as Exhibit "7";

8. Text message from Kathryn West, true and correct copy attached hereto as Exhibit "8";

9. Instagram post from Eric Joyce, true and correct copy attached hereto as Exhibit "9".

Respectfully submitted this 23rd day of September, 2024.

FIRST LIBERTY INSTITUTE
By: ___/s/__Nathan W. Kellum__
Nathan W. Kellum, *pro hac vice*
nkellum@firstliberty.org
David J. Hacker, SBN 249272
dhacker@firstliberty.org
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy, Suite 1600
Plano, TX 75075

Kayla A. Toney, *pro hac vice*
ktoney@firstliberty.org
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave. NW Suite 1410
Washington, DC 20004
(202) 918-1554

Dean R. Broyles, SBN 179535
The National Center for Law & Policy
539 West Grand Avenue
Escondido, California 92025
(760) 747-4529
dbroyles@nclplaw.org

Robert J. Reynolds, SBN 151243
Law Office of Robert J. Reynolds
16950 Via de Santa Fe, Suite 5060-145
Rancho Santa Fe, CA 92091
619-261-3393
rjrsdesk@yahoo.com


*Attorneys for Plaintiffs*

4

DOES' MOTION FOR PSEUDONYMS AND FOR PROTECTIVE ORDER

Case No. 3:24-cv-01611-L-SBC

# EXHIBITS IN SUPPORT OF MOTION FOR PSEUDONYMS AND FOR PROTECTIVE ORDER

## TABLE OF CONTENTS

Exhibit 1.................................................................................................…001

Exhibit 2.................................................................................................…004

Exhibit 3.................................................................................................…007

Exhibit 4.................................................................................................…013

Exhibit 5.................................................................................................…015

Exhibit 6.................................................................................................…018

Exhibit 7.................................................................................................…020

Exhibit 8.................................................................................................…023

Exhibit 9.................................................................................................…025

# EXHIBIT 1



Roesler

Hello everybody I just got off the phone with Mrs K with my mom along with Mr Murphy and Ms West our kinder teacher. The whole talk was how Mrs west and Mr Murphy are being thrown around on social media and are thinking about quitting because of the my shadow is punk book. I am neighbors with Mrs west and me and my mom saw her crying about what was happening. If you don't know on Friday the whole fifth grade is wearing pink in support. I just wanted to say nobody give them a hard time because they are already going through a lot. The book is about exclusiveness and people are trying to make it worse. Just wanted to let you guys know 💕🥰

Ty____!

OK thx

IM GOIN FULL MEAN GURL



# EXHIBIT 2

## Concerns

4 messages

**Carlos Encinas** <cencinas88@gmail.com>                                                                   Wed, May 8, 2024 at 5:49 PM
To: Christie Kay <Christie.Kay@eusd.net>
Cc: Sean Murphy <Sean.Murphy@eusd.net>, Encinas Family <EncinasFamily1@gmail.com>, Sweetz ICE <jennyencinas@gmail.com>

Ms. Kay,

S.E. mentioned that some of the kids were talking about Mr. Murphy getting pulled out of class and thought he may get fired. I am not sure why they felt this or were even included in an adult discussion. But assuming this is all kids speak, I feel compelled to let you know how much we are against this ever being about a single person or faculty member.

Mr. Murphy has been an outstanding teacher for S.E. and other students at LCH. Despite what I believe to be a lapse in judgment in how this book was presented, and without the necessary transparency with parents, we are certainly not looking to focus on Mr. Murphy but rather to change the policy he may be following. Parents should be informed and allowed to make decisions on this type of content.

That aside, my wife is getting threatening texts from PTA members labeling us and telling us to move away. This needs to stop immediately. Our kids need to be safe at school. We should not be punished for speaking out on our beliefs.

I am more than happy to have a conversation on what else I may do to ensure we are focused on policy change and nothing else.


**Carlos Encinas**


Sent from my iPhone
Please excuse the brevity of this email or any typographical errors

---

**Carlos Encinas** <cencinas88@gmail.com>                                                                   Wed, May 8, 2024 at 7:35 PM
To: Christie Kay <Christie.Kay@eusd.net>
Cc: Sean Murphy <Sean.Murphy@eusd.net>, Encinas Family <encinasfamily1@gmail.com>, Sweetz ICE <jennyencinas@gmail.com>

FYI: I just received threatening texts sent to my personal phone from Chris West, husband of Ms. West. I have no idea how he got my phone number. This needs to STOP now.



**Carlos Encinas**



‹ 201

Wed, May 8 at 6:26 PM

disseminate info / updates.

I think you might be the biggest tool I've ever come across. Your hypocrisy and complete disregard for the challenges teachers face has no excuse. You really should move to a remote island – might be the best option for you

I don't know you but always willing to have a convo. I tried you, got VM

Too late to talk buddy 👍

We love our teachers at LCH. This is a bigger issue than any one teacher or school.

lol. You don't get to call people out who spend tireless hours educating and supporting and decide what it is. It is what it is. Lose my number I will see you around

is a bigger issue than any one teacher or school.

lol. You don't get to call people out who spend tireless hours educating and supporting and decide what it is. It is what it is. Lose my number I will see you around

As a LCH teachers husband, you should not be sending me a threatening text. I must report this to law enforcement and the school district.

Delivered

😂

Lose my number

Tool

Thu, May 9 at 11:12 AM

Hahhahaha you little weasel

EXHIBIT 3

**From:** Encinas Family
**Date:** May 9, 2024 at 9:32:56 AM PDT
**To:** Andree Grey <Andree.Grey@eusd.net>
**Cc:** Christie Kay <Christie.Kay@eusd.net>, Sean Murphy <Sean.Murphy@eusd.net>
**Subject: Re: Concerned parent**

Thank you for getting back to us Andree.

I appreciate you taking the time to respond about S.E.'s safety at school.  It's disheartening to hear that people in the community are lying about Mrs.Kay's involvement in instegating the hate towards S.E.. I still will not be sending him to school tmrw if everyone is planning on wearing pink to directly contradict his feelings on the book & his courage to speak out.

In my opinion Mrs.Kay had the opportunity to deflect the hatred towards our family and S.E. with the "pink out the hate" day, but instead stayed silent apparently which also lets people know you are not is disagreement with standing against a child speaking out.

I look forward to receiving all communication on the pink out the hate day so we can get to the bottom of how this came about.

Our concerns were NEVER about hate. It's about a parent having consent over sexuality or gender material in the classroom. If the book was about parents getting divorced or heterosexual relationships we would feel the same way. It's not appropriate for the classroom & my child doesn't feel comfortable sharing that content with his buddy whom he loves & feels protective over.

I am confident Mr.Murphy will keep S.E. safe. It's outside of the classroom that concerns me the most. Especially when the leader at the school is not acknowledging that this event being organized is hatered over my son speaking out.

On May 9, 2024, at 9:11 AM, Andree Grey <Andree.Grey@eusd.net> wrote:

Good morning,

First and foremost, S.E. 's safety and feeling of safety are of utmost importance to us. This is true of every child at LCH. We will make it a point

**Page 1 of 5**

to check in with S.E. throughout the day today about how he's doing. While there are differing opinions about the book, this should not be directed toward a child in any way. We are confident Mr. Murphy will ensure a safe classroom environment.

Everyone has an opportunity to speak their opinions and we welcome those including yours. As you know, we work with all families who reach out with questions or concerns. It's disheartening that different opinions have escalated to this level.

Principal Kay learned of the wear pink on Friday messaging yesterday from some parents who shared their intentions. Principal Kay did not initiate any responses or actions from community members about this topic. We have acknowledged and appreciated the support families have offered to our teachers and our school as this has been very traumatic for our staff and school community. We agree that adults should all be welcomed to share their perspectives, but it should be done in a respectful manner that does not negatively impact children.

We understand based on Carlos's email that your intention is about changing policy. Your concerns are with current laws and education code and the lack of requirements for parental notifications. There are certainly opportunities for you to speak with your elected representatives about changes to legislation.

Regarding the text messages sent within the community, we do not have control over individuals' actions. With regards to the messages with Mr. West, if you are feeling threatened we recommend contacting local authorities.

There are differences of opinion about this book and there's space for all those opinions. We support the expression of those opinions communicated in respectful manners.

We are continuing to monitor the situation at school and our staff is completely focused on ensuring a safe and inclusive environment for all.

Sincerely,
Andrée Grey and Christie Kay

**Andrée Grey, Ed.D.**
**Superintendent**
**<image001.png>**

---

**From:** Encinas Family
**Date:** Thursday, May 9, 2024 at 8:16 AM
**To:** Andree Grey <Andree.Grey@eusd.net>
**Cc:** Christie Kay <Christie.Kay@eusd.net>, Sean Murphy <Sean.Murphy@eusd.net>
**Subject:** Re: Concerned parent



**CAUTION! EXTERNAL SENDER - STOP, ASSESS, AND VERIFY**
Do you know this person? Were you expecting this email, any links or attachments? Does
the content make sense? If suspicious, do not click links, open attachments, or provide
credentials. Don't delete it. **Report it by forwarding to phishing@eusd.net!**

Hi Andrew,

As a follow up to our email yesterday I wanted to inform you of the
backlash & descrimation my family is now facing from the La Costa
Heights PTA & encouraged by the principal Christie Kay.

There have been several text threads regarding my son's reaction to
the book. Calling it hatred, when in fact it's just our religious beliefs.
They have gone so far as to organize a day to where pink (as in my
shadow is pink) to support the teacher's decision to read this book
without parental consent & gaslight my son into thinking it was wrong
for him to speak out when he felt uncomfortable at school. They have
twisted our intentions of looking for policy change & transparency into
villafying our family & faith. It is wrong no matter what religion you are
to make a kid feel unsafe & wrong for speaking out! It is WRONG for
adults to ask other adults to throw his feelings in his face by wearing
pink. We are receiving threat texts from the PTA & Mrs.Wests husband
telling us to move. Telling us we should be ok with the book & we are
wrong for speaking up. They are saying we are hateful? What they are
doing/saying/ planning towards my child & family is true hate.

My sons are scared to go to school. They begged me last night to take
them out of LCH. This is wrong!!!!!! Something has to be done to
protect my children.

See screenshots below of texts going around school originating from
PTA members who do not know S.E.  personally, but making
discriminatory assumptions that we are hateful & asking parents to
message them for "deets" This is deplorable. My son is 11 years old!
How dare these women tell parents to message them for "deets" about
what he is doing!

<image0.jpeg>
<image1.png>

> Per the California legislature and Freedom of Information
> Act, I am entitled to copies of public records. Please provide
> me with the following documents in a timely fashion, in
> accordance with federal and state law.

 Any historical information exchange that includes "pink" "pink out the
hate" "instagram"

On May 8, 2024, at 11:17 AM, Encinas Family
wrote:


Hi Andree,

My son,    S.  Encinas is a 5th grade student at La Costa
Heights. He came home last week very upset about a
book called "My shadow is pink" being played (through a
read-along video) with his "buddies" in kindergarten. He felt
the material was completely inappropriate for his buddy
who he cares so much about. He was scared to speak up
because he feared getting in trouble. He was
extremely uncomfortable with the content of the book and
felt forced to go against his beliefs. My son should never
feel uncomfortable at school! This was supposedly an
"inclusion" activity, but did not take into consideration the
values of the children and their families that were involved.
We are so disappointed by this because we were not given
an opportunity to opt out of sexually perverse content being
shared with our child. My son loves his teacher and has
trusted him wholeheartedly through this school year. After
last week he has been so confused and anxious over the
entire situation because he feels let down by someone he
trusted so much.I do believe Mr.Murphy had good
intentions, but did take into consideration that it would
impact the children with Christian upbringings. We do not
expect the school to read from the bible at school or push
our religion on anyone and expect the same from all
backgrounds. School is for learning.

Why did the district hide this from parents, and not get
parental consent for sexual content to be shared to minors?
Are you aware there are several lawsuits throughout the
country involving this book being read at schools
nationwide? Why would Encinitas want to risk injuring
students by this horrific gender confusion ideology without
consenting with their parents first?

Per the California legislature and Freedom of Information
Act, I am entitled to copies of public records. Please provide
me with the following documents in a timely fashion, in

**Page 4 of 5**

accordance with federal and state law.

1. Any historical communications between the EUSD board and staff to employees, board members and volunteers at Trans Family Support Services.
2. Any historical communications between the EUSD board and staff to employees, board members and volunteers at Encinitas4Equality.
3. Any historical executed contracts and agreements with Trans Family Support Services.
4. Any historical executed contracts and agreements with Encinitas4Equality.
5. Any historical documents, emails, or any communications that include the words "My Shadow is pink","Pronoun", "Pronouns", "LGBTQ+" "LGBTQ", "Gay", "Transgender", "homosexuality" "Trans", " Transphobic", "Sean Murphy", "Katie West". "Trans family support" "Encinitas4Equality" "Religious opt-out forms".
6. Any historical documents or contracts, including the book "My shadow is Pink" and/or "My shadow is Purple" .
7. Any historical communication that includes "Encinas Family", "  S.  Encinas", "Jenny/Jennifer Encinas","Carlos Encinas", "    C.   Encinas"

Thank you very much.

Carlos & Jennifer Encinas

EXHIBIT 4

Now we are being told that you & the PTA are standing against S.E. speaking out & asking the community to stand against S.E. speaking out because an Instagram post that was NOT from my family. My husband had to make a video sharing our story that was respectful, did not name names & was a reasonable request. for transparency. In turn the school is wearing pink in support of the book that made him uncomfortable & you are telling everyone to support this behavior? This is not ok! This is my 11 year old son who was brave enough to stand up and speak out because he was uncomfortable at school. Now he's not safe at school! You are the principal & actively asking people to spread hate & not support him! My family has been NOTHING but supportive of this school for the 6 years we have been here. Before last week we had nothing but positive things to say about LCH. I am literally sick over your response. You should not be in a position of leadership when you are telling adults to take a stand against a child's feelings!
Sent from my iPhone

On May 8, 2024, at 7:35 PM, Carlos Encinas <cencinas88@gmail.com> wrote:

# EXHIBIT 5









My shadow is...
Purple.
My shadow does not
like to go to dance clubs.
My shadow does not
like to wear jewelry or hot pink clothes.
Or public speaking when I'm not sure who in the
audience I know.
My shadow likes gardens, art, nature, acceptance and
friends who glow.

What's your shadow?

Copying from a dear and wise friend and add your
shadow poem too...

This book has stirred up some strong opinions and
hatred towards teachers unfortunately in our school
district. When it's really just teaching to be TRUE to
yourself, and to STOP stereotyping. We live in a
different world now. No room for more hatred. Teach
your kids inclusion.



# EXHIBIT 6



EXHIBIT 7

**From:** Jenny Encinas
**Sent:** Friday, May 10, 2024 7:56:31 AM
**To:** Amber Brown <Amber.Brown@eusd.net>; Ann Swan <Ann.Swan@eusd.net>
**Subject:**



CAUTION! EXTERNAL SENDER - STOP, ASSESS, AND VERIFY
Do you know this person? Were you expecting this email, any links or attachments?
Does the content make sense? If suspicious, do not click links, open attachments,
or provide credentials. Don't delete it. Report it by forwarding to
phishing@eusd.net!

Good Morning,

Just wanted to let you know that C.E.   will not be at school today. He is having a
very hard time at school this week, specifically with M.   & D.    . They have
been mean, whispering behind his back & encouraging other kids to not be his
friend. He came home so upset yesterday & hasn't stopped crying all morning. He
wants to leave the school because how everyone is treating his brother and our
family for speaking out about how uncomfortable he was at school reading a book
about gender identity. There was an Instagram post I'm sure you are aware of that
everyone thinks came from us, but did not. My husband tried to do a follow up to
state our stance in a respectful manner without naming teachers, but the damage
seems to be done & my kids want to leave the school now because they don't feel
safe, valued or loved.

C.E. loves you both dearly as does our family . I never thought we would have an entire school turn against us because S.E. was brave enough to speak out. It was never about hate. I'm not sure how it's been manipulated into us being hateful people. We can take all of this, but mainly C.E.   who is the sweetest, kindest, most loving person I have ever met doesn't deserve this. I'm sorry I am rambling. Mrs.Kay doesn't respond to my emails asking for help.I don't know what to do at this point. I just wanted you both know as much as C.E.    wanted to be at school to celebrate you both his tiny heart couldn't take anymore hate. He wrote in his card that he is sick because he didn't want to bother either of you with his problems. He try's to be so tough.

Anyway, I hope you both have a wonderful day & Mother's Day weekend because you both deserve all the happiness in the world.

Best,
Jenny Encinas


Sent from my iPhone

# EXHIBIT 8

**4:06**









Omg 😭😭🥹

I'm so proud of YOUU!!!

You are the kind of teacher I want my kids to have and the kind of friend I am so thankful to have!!! I love you so damn much and have your back ALWAYS!!!!

Are you doing ok?? Any fallout from today?

Thank you      ! No bad mostly good just parents giving hugs with support and a lot of people asking if I heard about wear pink Friday! 😂

Omg 😂

I love it!!

Pink Friday!!! 🖤🖤🖤 Let's gooooo!

+        iMessage

# EXHIBIT 9

8:42



**68 likes**

  **ericjoyce4oside** A wonderful @pridebythebeach
Reception tonight at @oceansidemuseum While this
beautiful annual event is a celebration of love it is also a
reminder of the perpetual struggle. This strikes nearer
for me this year as just days ago I attended another
North County school board to support affirming
teaching practices. The radical right is attacking the
very existence of LGBTQ people in our schools and
public places. Our teachers and community refuse to
be silent because their affirmation is saving children's
lives. Please support our center and our Oceansiders
who deserve a safe place to live as much as everyone
else. #osideornoside

View all 2 comments

May 23