David J. Hacker, SBN 249272
dhacker@firstliberty.org
Nathan W. Kellum, *pro hac vice*
TN 13482; MS 8813
nkellum@firstliberty.org
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy, Suite 1600
Plano, TX 75075

Kayla A. Toney, *pro hac vice*
VA 93815; DC 1644219
ktoney@firstliberty.org
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave. NW, Suite 1410
Washington, DC 20004
(202) 918-1554

Dean R. Broyles, SBN 179535
The National Center for Law & Policy
539 West Grand Avenue
Escondido, California 92025
(760) 747-4529
dbroyles@nclplaw.org

Robert J. Reynolds, SBN 151243
Law Office of Robert J. Reynolds
16950 Via de Santa Fe, Suite 5060-145
Rancho Santa Fe, CA 92091
619-261-3393
rjrsdesk@yahoo.com

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.E., a minor by and through his parents, CARLOS AND JENNIFER ENCINAS, et al., <br> *Plaintiffs*, <br> v. <br> ANDRÉE GREY, in her official capacity as Superintendent of the Encinitas Union School District, and in her individual capacity, et al., <br> *Defendants*. | Case No. 3:24-cv-01611-L-SBC <br><br> **DECLARATION OF REBECCA DOE IN SUPPORT OF MOTION FOR PSEUDONYMS AND FOR PROTECTIVE ORDER** |

I, Rebecca Doe, declare as follows:

1. I am over 18 years old and capable of making this declaration pursuant to 28 U.S.C. § 1746. I have personal knowledge of all the contents of this declaration.

1
DECLARATION OF REBECCA DOE IN SUPPORT OF
MOTION FOR PSEUDONYMS AND FOR PROTECTIVE ORDER
Case No. 3:24-CV-01611-L-SBC

David J. Hacker, SBN 249272
dhacker@firstliberty.org
Nathan W. Kellum, *pro hac vice*
TN 13482; MS 8813
nkellum@firstliberty.org
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy, Suite 1600
Plano, TX 75075

Kayla A. Toney, *pro hac vice*
VA 93815; DC 1644219
ktoney@firstliberty.org
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave. NW, Suite 1410
Washington, DC 20004
(202) 918-1554

Dean R. Broyles, SBN 179535
The National Center for Law & Policy
539 West Grand Avenue
Escondido, California 92025
(760) 747-4529
dbroyles@nclplaw.org

Robert J. Reynolds, SBN 151243
Law Office of Robert J. Reynolds
16950 Via de Santa Fe, Suite 5060-145
Rancho Santa Fe, CA 92091
619-261-3393
rjrsdesk@yahoo.com

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.E., a minor by and through his parents, CARLOS AND JENNIFER ENCINAS, et al., <br> *Plaintiffs*, <br> v. <br> ANDRÉE GREY, in her official capacity as Superintendent of the Encinitas Union School District, and in her individual capacity, et al., <br> *Defendants*. | Case No. 3:24-cv-01611-L-SBC <br><br> **DECLARATION OF REBECCA DOE IN SUPPORT OF MOTION FOR PSEUDONYMS AND FOR PROTECTIVE ORDER** |

I, Rebecca Doe, declare as follows:

1. I am over 18 years old and capable of making this declaration pursuant to 28 U.S.C. § 1746. I have personal knowledge of all the contents of this declaration.

2. I am the mother identified as Rebecca Doe in Plaintiffs' Complaint and the Does' Motion for Preliminary Injunction.

3. My husband is identified as Tom Doe in Plaintiffs' Complaint and the Does' Motion for Preliminary Injunction. We reside in Carlsbad, California, in the Encinitas Union School District.

4. My son is identified as P.D. in Plaintiffs' Complaint and the Does' Motion for Preliminary Injunction. He is currently a sixth grader at La Costa Heights Elementary School in the Encinitas Union School District. We have another child attending La Costa Heights too.

5. Based on the significant hostility and backlash that the Encinas family received from the La Costa Heights school community because of their faith, I am very concerned that the safety and well-being of my two minor children will be compromised if our identities become known.

6. After the Encinases expressed their concerns about the *My Shadow is Pink* book and activity, P.D. heard about the "Pink Out the Hate" day at school, and he told us about it. He was very concerned by how the issue was blowing up in the school community, and it seemed like a misinterpretation and dramatic overreaction to the concern that he and S.E. had about reading one book.

7. On May 9, the night before the "Pink Out the Hate" day, P.D. seemed worried and concerned before going to bed. When I asked him how he was feeling, he told me that he was nervous his classmates would misunderstand his view and misinterpret his stance as hateful, based on how some kids and adults in the community were reacting. We talked about how the "Pink Out the Hate" day was hostile toward religious families like us, because the PTA said to wear pink if you

believe in love and inclusion, but what they were really saying was that anyone who didn't agree with the *My Shadow is Pink* book was hateful.

8. If it becomes widely known in the school community that my son is part of this lawsuit, bullying from other students is very likely to get worse, and teachers are unlikely to step in and help P.D. On the contrary, we have good reason to believe that hostility from teachers and District staff will be directed toward our children if they know that our family is bringing this lawsuit.

9. For example, at the board meeting on May 21, 2024, many teachers and District staff spoke publicly, in support of teachers reading *My Shadow is Pink* and in opposition to religious families like us and our opt-out requests.

10. As another example, on September 13, 2024, school board member Tom Morton posted a video on Instagram criticizing "parent's rights" as a "dog-whistle for . . . anti-LGBTQ views," "forcing white Christian nationalist curriculum on our schools," and "a dog-whistle for denying the existence of whole groups of people." Among other things, he compared Christian parents to racists, saying, "if you have a different skin color, they want to erase your existence."

11. This video has caused significant anxiety to my family, because our beliefs and request for parents' rights are being publicly attacked by an elected school board official. Numerous teachers and other District staff "liked" and expressed support for this video, including Ms. West and Mr. Murphy. Ms. West commented, "Appreciate you and all you've addressed Tom! Thank you for your continued support at EUSD!"

12. As close friends of the Encinas family, it has been heartbreaking to watch the stress, anxiety, fear, and loss of relationships that they have experienced because

of the District's response to their concern about *My Shadow is Pink*. We fear the same consequences happening to us.

13. Due to financial constraints and prohibitively long wait lists for local private schools, we have no other realistic choice but public school at this time, and specifically La Costa Heights.

14. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Carlsbad, California on 9/20/24

Rebecca Doe

4
DECLARATION OF REBECCA DOE IN SUPPORT OF
MOTION FOR PSEUDONYMS AND FOR PROTECTIVE ORDER
Case No. 3:24-CV-01611-L-SBC