David J. Hacker, SBN 249272
dhacker@firstliberty.org
Nathan W. Kellum, *pro hac vice*
nkellum@firstliberty.org
FIRST LIBERTY INSTITUTE
1600 W. Plano Pkwy
Plano, TX 75075

Kayla A. Toney, *pro hac vice*
ktoney@firstliberty.org
FIRST LIBERTY INSTITUTE
1331 Pennsylvania Ave. NW Suite 1410
Washington, DC 20004
(202) 918-1554

Dean R. Broyles, SBN 179535
The National Center for Law & Policy
539 West Grand Avenue
Escondido, California 92025
(760) 747-4529
dbroyles@nclplaw.org

Robert J. Reynolds, SBN 151243
Law Office of Robert J. Reynolds
16950 Via de Santa Fe, Suite 5060-145
Rancho Santa Fe, CA 92091
619-261-3393
rjrsdesk@yahoo.com

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.E., a minor by and through his parents, CARLOS AND JENNIFER ENCINAS, et al., <br> *Plaintiffs*, <br> v. <br> ANDRÉE GREY, in her official capacity as Superintendent of the Encinitas Union School District, and in her individual capacity, et al., <br> *Defendants*. | Case No. 3:24-cv-01611-L-SBC <br><br> **DECLARATION OF JENNIFER ENCINAS IN SUPPORT OF DOES' MOTION FOR LEAVE TO PROCEED USING PSEUDONYMS AND FOR PROTECTIVE ORDER** |

I, Jennifer Encinas, declare as follows:

1. I am over 18 years old and capable of making this declaration pursuant to 28 U.S.C. § 1746. I have personal knowledge of the contents in this declaration.

2. My family experienced significant hostility and backlash from the La Costa Heights school community because of our religious beliefs.

3. After the *My Shadow is Pink* activity on May 1, my husband Carlos and I both emailed Superintendent Grey and Principal Kay about our concerns. Carlos called Principal Kay multiple times that week and left voicemails. Instead of responding to us, Principal Kay had phone calls with at least two of the mothers of S.E. and P.D.'s closest friends and classmates, including S.E.'s best friend from early childhood.

4. On May 8, S.E.'s entire fifth-grade class received a message from one of his classmates, saying "I just got off the phone with Mrs. K with my mom along with Mr Murphy and Ms West our kinder teacher. . . . If you don't know on Friday the whole fifth grade is wearing pink in support. . . The book is about exclusiveness and people are trying to make it worse." Exhibit 1. S.E. was very upset when he received this message. He felt personally attacked because of our religious beliefs.

5. That same day, I received a message from the "room mom" of our third-grade son's class which was sent to me and 34 other third-grade moms, saying, "I just asked Christie Kay how we can help, she said express your support for our school and teachers. Be a louder voice. Wear pink, send messages to Mrs. West and Mr. Murphy or if you see them tell them we support them and our school and the message of equity and inclusion." Exhibit 1. I was told that similar group messages were sent to the parents of each grade level.

6. Also on May 8, Carlos received text messages from someone pretending to be concerned about parental rights issues, only to find out it was Chris West, the husband of the kindergarten teacher who played the *My Shadow is Pink* video. He

1  called Carlos "the biggest tool I've ever come across," accused me of "hypocrisy
2  and complete disregard for the challenges teachers face" and told me, "You really
3  should move to a remote island – might be the best option for you." He also called
4  Carlos "you little weasel." Exhibit 2.

5      7. When Carlos reported this safety threat to Principal Kay and Mr. Murphy,
6  they did not respond. Superintendent Grey recommended "contacting local
7  authorities" but didn't do anything to help. Exhibit 3.

8      8. On May 8, I reported my safety concerns to Superintendent Grey, Principal
9  Kay, and Mr. Murphy, and received no response. I shared, "This is my 11 year old
10 son who was brave enough to stand up and speak out because he was uncomfortable
11 at school. Now he's not safe at school!" I also shared our concern that "the school
12 is wearing pink in support of the book that made uncomfortable & you are telling
13 this support this behavior?" Exhibit 4. Principal Kay did not respond or make any
14 efforts to stop the "Pink Out the Hate" day.

15     9. On May 9, PTA president Jenny Adams circulated multiple Instagram posts
16 urging students and teachers to participate in a PTA-sponsored "Pink Out the Hate"
17 event on May 10. Several additional PTA members re-posted this message and
18 added "message me for deets." Exhibit 5.

19     10. I also received threats, both in person and online, from multiple community
20 members. The daughter of Defendant and school board member Tom Morton sent
21 me a threatening message, accusing her of "betray[ing] and disgrace[ing] a team of
22 teachers." She also said, "Your family is a disgrace to the LCH community. If you
23 have such a problem, pull your kids out. . . have fun with parent teacher conferences
24 when they all know you're a hateful hypocrite who reaps the benefits of such a

beautiful district yet remains so disloyal and has brought hate and danger to hard working, loving teachers. Just know the community looks down on you." Exhibit 6.

11. Our entire family was very upset by these clear expressions of hostility from the community. On May 10, our boys woke up crying and terrified to go to school. S.E. still wanted to give his gift to Mr. Murphy for Teacher Appreciation Day, so we decided to just drop off the gifts in the morning.

12. Our third-grade son, C.E., insisted on going home because he was so upset by his family and brother being labeled as hateful. I emailed his teacher to let him know, explaining that "I never thought we would have an entire school turn against us because S.E. was brave enough to speak out. . . . I just wanted you both know as much as C.E. wanted to be a school to celebrate you both his tiny heart couldn't take anymore hate. He wrote in his card that he is sick because he didn't want to bother either of you with his problems." Exhibit 7.

13. S.E. decided to stay at school that day, only because he wanted to know who at school he could still trust. He was crushed to discover that nearly half the students in the entire school wore pink, and all the teachers wore matching shirts that said, "Choose to Include."

14. S.E. came home from school that day crying and very upset, and expressed, "I feel like everyone who wore pink today hates me!"

15. When our children experienced severe bullying and harassment after the *My Shadow is Pink* activity, from other students, their parents, and community members, the District failed to help in any way. Instead, it doubled down, admitting that this situation would happen again and refusing to grant notice and opt-outs in the future.

16. At the school board meeting on May 21, Carlos shared our concerns about the *My Shadow is Pink* activity and asked for notice and opt-outs in the future. Many other parents shared similar concerns.

17. Dozens of teachers spoke, characterizing our concerns as "hate," and using rhetoric about suicide rates of LGBTQ students while ignoring the very significant bullying and safety concerns S.E. was facing. One teacher directly attacked the Christian parents in the room including Carlos, yelling, "By the way, the Jesus that I look at loves and values everyone!"

18. Eric Joyce, a teacher at La Costa Heights who helps in S.E. and P.D.'s classroom, spoke at the meeting as well. "Stay the course," he said. "Encinitas teachers will not be bullied into 'othering' our kids. . . . We've always been a school that values your unique perspectives." He then accused the parents of being "misled" by "toxic social media B.S.," referring to Instagram posts telling Carlos' story. "I want Encinitas children to know that we will not be bullied into silence."

19. These statements were particularly hurtful to S.E., because an authority figure who he formerly trusted, and who he interacted with nearly every day, publicly minimized the bullying S.E. was experiencing and accused him of bullying teachers instead.

20. Another fifth-grade teacher who S.E. and P.D. regularly interact with, Natalie Christ, also spoke at the school board meeting in support of teacher reading the *My Shadow is Pink* book.

21. In contrast to the bullying and harassment that my children experienced, the teachers who chose *My Shadow is Pink* received support and encouragement instead. For example, when a friend of Ms. West sent a text saying, "I'm so proud of

5
DECLARATION OF JENNIFER ENCINAS IN SUPPORT OF
MOTION FOR PSEUDONYMS AND FOR PROTECTIVE ORDER
CASE NO. 3:24-CV-01611-L-SBC

YOUU!!!" and asked "Any fallout from today?" Ms. West responded, "No bad mostly good just parents giving hugs with support and a lot of people asking if I heard about wear pink Friday!" This was followed by a laughing emoji. Exhibit 8. Ms. West paid no regard to the fact that this event was targeting my son, and she made no effort to stop it.

22. Two days after the board meeting, Eric Joyce posted about it on Instagram, accusing us of being "[t]he radical right" who is "attacking the very existence of LGBTQ people in our schools and places." Exhibit 9. Because this public statement came from a school official who S.E. interacted with nearly every day, this increased our well-founded fear that bullying and hostility toward him would continue because of our religious beliefs.

23. Because of the severe emotional distress and safety concerns that our family experienced, we can no longer safely send our children to Encinitas Union School District schools. This breaks my heart because I love this community, and until the District began pushing radical gender ideology, we all loved being a part of La Costa Heights Elementary School.

24. Tom and Rebecca Doe have expressed to me that they are very concerned that their family, specifically their children who still attend La Costa Heights Elementary School, will experience similar hostility and backlash if their identities become known. Based on my family's recent experience, I think their concerns are very legitimate and well-founded.

25. The Doe Plaintiffs need this Court's protection in the form of permission to proceed anonymously and a protective order, to ensure that their rights and their children's safety is protected as the new school year begins.

26. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on September 23, 2024, in Carlsbad, California.

*Jennifer Encinas*