UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.E. et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>ANDREE GREY et al.,<br><br>                              Defendants. | CASE NO. 3:24-cv-1611-L-SBC<br><br>**ORDER**<br><br>[ECF NO. 36] |

At the Case Management Conference before Magistrate Judge Steve B. Chu on January 22, 2025, the parties reported that they intended to seek a stay in light of a similar matter being considered by the United States Supreme Court.  (*See* ECF No. 36.) Any such motion to stay must be filed no later than March 10, 2025.

**IT IS SO ORDERED**.

Dated:  February 12, 2025

_____
Hon. M. James Lorenz
United States District Judge