UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.E. et al.,<br><br>                        Plaintiffs,<br><br>v.<br><br>ANDREE GREY et al.,<br><br>                        Defendants. | CASE NO. 3:24-cv-1611-L-SBC<br><br>**PRELIMINARY INJUNCTION** |

For the reasons stated in the Order Granting in Part Plaintiffs' Motion for Preliminary Injunction (ECF no. 47), it is **ORDERED** as follows:

    1.    This Preliminary Injunction applies to the Encinitas Union School District elementary school buddy program.

    2.    Pending final judgment Defendants are **ENJOINED** from including in buddy program class activities and materials any gender identity topics covered in health instruction, unless Defendants provide parents with advance notice and an opportunity to opt out.

    3.    "Gender identity" refers to whether a person sees themselves as a male or female or something in between, *i.e.*, whether they feel like they are a boy or a girl, or neither or both.

     4.    To comply with this Preliminary Injunction, Defendants shall give parents no less than three business days' notice.

     **IT IS SO ORDERED**.

Dated: May 19, 2025

_____
Hon. M. James Lorenz
United States District Judge