UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

S.E., a minor by and through his parents, Carlos and Jennifer Encinas; et al.,

    Plaintiffs - Appellees,

v.

ANDREE GREY, in her official capacity as Superintendent of the Encinitas Union School District, and in her individual capacity; et al.,

    Defendants - Appellants.

No. 25-3706

D.C. No. 3:24-cv-01611-L-SBC
Southern District of California, San Diego

ORDER

The motion (Docket Entry No. 16) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT