UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.E., a minor by and through his parents, CARLOS AND JENNIFER ENCINAS, et al., | Case No.: 24-cv-1611-RBM-SBC |
| Plaintiffs, | **ORDER REGARDING JOINT MOTION TO APPROVE MINOR'S COMPROMISE** |
| v. | |
| ANDRÉE GREY, in her official capacity as Superintendent of the Encinitas Union School District, and in her individual capacity, et al., | |
| Defendants. | |

Before the Court is the parties' Joint Motion to Approve Minor's Compromise. (Dkt. No. 92.) In their joint motion, the parties indicate that they "consent, per district judge approval, to magistrate judge jurisdiction under 28 U.S.C. [§] 636(c) for review and recommendation for entry of an order approving the minor's compromise." (*Id.* at 2.) It is unclear from the parties' language whether they intend to consent to the undersigned to conduct all proceedings in this case.

In order for a magistrate judge to issue an order approving the entire settlement or compromise under Civil Local Rule 17.1(a), the parties must consent to magistrate judge

24-cv-1611-RBM-SBC

jurisdiction by completing a consent form, which can be found on the Court's website: https://www.casd.uscourts.gov/_assets/pdf/forms/Consent%20to%20Proceed%20Before%20Magistrate%20Judge.pdf. If the parties intend for the undersigned to conduct all proceedings in this case, including entering an order regarding approval of the minor's compromise and entering final judgment on the case, they must execute and return the consent form.

If the parties intend only to have the undersigned handle the preliminary assessment of the settlement under Local Rule 17.1, in which case the undersigned will prepare a Report and Recommendation for the district judge's consideration, no further action is necessary.

**IT IS SO ORDERED.**

Dated:  August 5, 2026

Hon. Steve B. Chu
United States Magistrate Judge

24-cv-1611-RBM-SBC